UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

|  |  |
|---|---|
| <u>**CINDY CHARYULU, as Special Administrator of the Estate of Fatu Taputu**</u>  )<br><br>Plaintiff, ) <br> )<br>vs. )<br> )<br><u>**CALIFORNIA CASUALTY INDEMNITY EXCHANGE, et. al.,**</u>  )<br> )<br>Defendant. ) | Case No.  2:08-CV-01199-RCJ-RJJ<br><br>MINUTES OF COURT<br><br>Date: November 5, 2010 |

PRESENT:
THE HONORABLE ROBERT C. JONES, U.S. DISTRICT JUDGE

DEPUTY CLERK:  <u>LESA ETTINGER</u>    REPORTER:  <u>MARGARET GRIENER</u>

COUNSEL FOR PLAINTIFFS:  <u>DAVID SAMPSON, OLIVER MELGAR, AND  THOMAS CHRISTENSEN</u>

COUNSEL FOR DEFENDANTS: <u>KYM CUSHING, ARYN FITZWATER AND DAVID WERNER</u>

## PROCEEDINGS: JURY TRIAL (DAY ONE)

Also present in the courtroom is plaintiff Ms. Cindy Charyulu and on behalf of defendant, California Casualty Indemnity Exchange, Ms. Michelle Miner.

8:42 a.m. Court convenes.

Court and counsel discuss preliminary matters.  The Court GRANTS the parties [232] Stipulation to Admit Joint Exhibits 501 and 671 and Mr. Werner's  [227] Verified Petition.

9:11 a.m.  35 prospective jurors enter the courtroom. Court gives opening remarks.  Voir Dire oath administered to prospective jurors.  Voir Dire proceeds.  Jury is passed for cause.

10:55 a.m.  Court stands at recess.

11:10 a.m. Court reconvenes and Voir Dire continues.

Counsel exercise peremptory challenges. 8 jurors are selected.  Unselected prospective jurors are excused from the Court. The impaneled jury is sworn.

The Court instructs the jury on the order of trial proceedings and gives preliminary instructions.

Jurors are directed to return on Monday, 11/8/2010 at 8:45 a.m.

12:40 p.m.  Jurors are admonished and excused.

12:42 p.m.  Court stands at recess.

1:58 p.m.  Court reconvenes outside the presence of the jury.

**CINDY CHARYULU, as Special Administrator of the Estate of Fatu Taputu**
**VS.**
**CALIFORNIA CASUALTY INDEMNITY EXCHANGE, et al.,.**
**2:08-CV-1199-RCJ-RJJ**
**11/05/2010**
**page two**

The Court hears arguments of counsel with respect to [216] Plaintiff's Motion to Exclude Irrelevant Evidence, particularly testimony from the deposition of Mr. Chris Ramirez. The Court GRANTS IN PART and DENIES IN PART.

IT IS ORDERED that trial is continued to **Monday, November 8, 2010 at 8:45 a.m.**

2:33 p.m.  Court adjourns.


LANCE S. WILSON, CLERK
U.S DISTRICT COURT
By:     /s/
    Deputy Clerk