UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

**CINDY CHARYULU, as Special Administrator of the Estate of Fatu Taputu**

    Plaintiff,

vs.

**CALIFORNIA CASUALTY INDEMNITY EXCHANGE, et. al.,**

    Defendant.

Case No.  2:08-CV-01199-RCJ-RJJ

MINUTES OF COURT

Date: November 10, 2010

PRESENT:
THE HONORABLE ROBERT C. JONES, U.S. DISTRICT JUDGE

DEPUTY CLERK:  LESA ETTINGER     REPORTER:  MARGARET GRIENER

COUNSEL FOR PLAINTIFFS:  DAVID SAMPSON, OLIVER MELGAR

COUNSEL FOR DEFENDANTS: KYM CUSHING, ARYN FITZWATER AND DAVID WERNER

## PROCEEDINGS: JURY TRIAL (DAY FOUR)

Plaintiff Ms. Cindy Charyulu is present.  Ms. Michelle Miner is also present as the representative for defendant.

9:22 a.m. Court convenes.

Mr. Cushing states defendant's objections to plaintiff's witness, Brad Ballard, testifying. Mr. Sampson responds.  The Court sustains the objection.

9:31 a.m.  Jurors enter courtroom.

**Eva Morena** is called to the stand.  The witness is sworn and testifies on direct examination by Mr. Sampson. Mr. Cushing passes on cross examination.. The witness is excused.

10:35 a.m.  Jury is admonished and excused. Court stands at recess.

11:00 a.m.  Court reconvenes in the presence of the jurors.

Stipulated portions of the deposition of Christopher Ramirez, dated May 11, 2010, is read into the record.

Plaintiff's exhibits 1 and  40 are marked, offered and admitted into evidence.

12:02 p.m.  Jury is admonished and excused.  Court stands at recess.

Outside the presence of the jurors:  The Court and counsel confer.

12:10 p.m. Court stands at recess.

1:34 p.m. Court reconvenes in the presence of the jury.

**CINDY CHARYULU, as Special Administrator of the Estate of Fatu Taputu**
**VS.**
**CALIFORNIA CASUALTY INDEMNITY EXCHANGE, et al.,**
**2:08-CV-1199-RCJ-RJJ**
**11/10/2010**
**page two**

**Plaintiff rests.**

**Defense rests**

Jurors are directed to return on Thursday, 11/11/2010 at 9:00 a.m.

1:36 p.m.  Jurors are admonished and excused.

Outside the presence of the jurors:  Motion for Judgment as a matter of law, pursuant to FRCvP 50(a), is presented by defense counsel; response by Mr. Sampson.  The Court makes its finding for the record.

IT IS ORDERED that  the motion by defendant for judgment as a matter of law, pursuant to FRCvP 50(a), is DENIED.

Mr. Sampson motions for a direct verdict for $15,000.00 as to the first case of action, breach of contract, on behalf of the plaintiff; response by Mr. Cushing.  The Court makes its finding for the record.

IT IS ORDERED that the motion by plaintiff for direct verdict for $15,000.00 as to the first cause of action is GRANTED.

The Court and counsel confer regarding settlement of the Jury Instructions.

3:05 p.m.  Court stands at recess.

4:02 p.m.  Court reconvenes outside the presence of the jurors.  Court and counsel continue settlement of the Jury Instructions.

IT IS ORDERED that trial is continued to **Thursday, November 11, 2010 at 10:00 a.m.**

5:40 p.m.  Court adjourns.


LANCE S. WILSON, CLERK
U.S DISTRICT COURT
By:    /s/
        Deputy Clerk