1 **JUDG**
Kym Samuel Cushing, Esq.
2 Nevada Bar No. 4242
Sheri Thome, Esq.
3 Nevada Bar No. 8657
Aryn M. Fitzwater, Esq.
4 Nevada Bar No. 8802
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
5 300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
6 (702) 727-1400; FAX (702) 727-1401
Attorneys for Defendant California Casualty Indemnity Exchange

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CINDY CHARYULU, as Special Administrator of the Estate of Fatu Taputu,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA CASUALTY INDEMNITY EXCHANGE; DOES I through V; and ROE CORPORATIONS VI through X, inclusive,<br><br>Defendant. | Case No.: 2:08-cv-1199-RCJ-RJJ<br><br>**JUDGMENT ON JURY VERDICT** |

This matter having come on for trial on November 5, 2010, before a duly impaneled jury, with Plaintiff CINDY CHARYULU, as Special Administrator of the Estate of Fatu Taputu, being present and represented by her attorneys, Thomas F. Christensen, Esq., David Sampson, Esq. and G. Oliver Melgar, Esq., of CHRISTENSEN LAW OFFICES; Defendant CALIFORNIA CASUALTY INDEMNITY EXCHANGE, being represented by its attorneys, Kym Samuel Cushing, Esq. and Aryn M. Fitzwater, Esq., of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP; the duly impaneled jury having reached and returned a verdict on November 11, 2010; and there being no just reason for delay:

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff CINDY CHARYULU, as Special Administrator of the Estate of Fatu Taputu, recover nothing from Defendant CALIFORNIA CASUALTY INDEMNITY EXCHANGE, that the action be dismissed on the merits, and that

202896.11

CALIFORNIA CASUALTY INDEMNITY EXCHANGE recover costs from Plaintiff CINDY CHARYULU, as Special Administrator of the Estate of Fatu Taputu.

DATED: 29th day of November, 2010.

_____
District Court Judge

Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

_____
Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Sheri Thome, Esq.
Nevada Bar No. 8657
Aryn M. Fitzwater, Esq.
Nevada Bar No. 8802
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Attorneys for defendant
CALIFORNIA CASUALTY INDEMNITY EXCHANGE

202896.11