# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Cindy Charylulu, as Special Administratrix
for the Estate of Fatu Taputu

           Plaintiff,

V.

California Casualty Indemnity Exchange

           Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:08-cv-1199-RCJ-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Defendant is GRANTED costs in the amount of $7,549.70.

Judgment is hereby entered pursuant to Order #317 filed May 17, 2013.

May 17, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk