UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CINDY CHARYULU et al., ) </br> ) </br> Plaintiffs, ) </br> ) </br> vs. ) </br> ) </br> CALIFORNIA CASUALTY INDEMNITY ) </br> EXCHANGE, ) </br> ) </br> Defendant. ) | 2:08-cv-01199-RCJ-RJJ </br></br> **ORDER** |

Plaintiff has filed a motion asking the Court to reconsider a recent ruling by the Appellate Commissioner. The Court has no jurisdiction to rule on the motion. The motion to reconsider must be directed initially to the Appellate Commissioner who issued the challenged order, and if that person is disinclined to grant relief, it will be referred to a motions panel. *See* 9th Cir. R. 27-10(b), (b)(3). Presumably, Plaintiff has also filed the motion in the Court of Appeals.

### CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 324) is DENIED.

IT IS SO ORDERED.

Dated: This 16th day of December, 2014.

_____
ROBERT C. JONES
United States District Judge